IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO GOMEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　　　　　Defendants. | CV 08-4615-R (JEM)<br><br>[~~PROPOSED~~] ORDER |

　　In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The Court will maintain jurisdiction to enforce the terms of the settlement agreement.

　　**IT IS SO ORDERED.**

Dated: Aug. 9, 2012

　　　　　　　　　　　　　　　　　　　The Honorable Manuel Real
　　　　　　　　　　　　　　　　　　　United States District Court Judge

1